THERESA CRAWFORD TATE, 161072
E-Mail: ttate@builderslaw.com
CRAWFORD & BANGS, LLP
1290 E. Center Court Drive
Covina, CA 91724
Telephone: (626) 915-1641 Ext. 203
Facsimile: (626) 332-5604

KEVIN DAVID KELLY (admitted *pro hac vice*)
E-Mail: kkelly@lockelord.com
LOCKE LORD LLP
111 S. Wacker Drive, Suite 4300
Chicago, IL 60606
Telephone: (312) 443-0217
Facsimile: (312) 896-6507

NINA HUERTA, 229070
E-Mail: nhuerta@lockelord.com
LOCKE LORD LLP
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071
Telephone: (213) 485-1500
Facsimile: (213) 485-1200

Attorneys for Defendant
ANNING-JOHNSON COMPANY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS A. MARTINEZ and RAMON FLORES VALDEZ on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>ANNING-JOHNSON COMPANY, a Delaware corporation; and DOES 1 to 10, | CASE NO. 2:14-cv-06325-MMM-E<br>Consolidated with: 2:14-cv-06325-MMM<br><br>Honorable Margaret M. Morrow<br>Magistrate Judge Charles F. Eick<br><br>[~~PROPOSED~~] ORDER ON STIPULATED PROTECTIVE ORDER AND CONFIDENTIALITY AGREEMENT |

inclusive, )
)
                Defendants. )
)
_____ )
)
ENRIQUE OROZCO, on behalf of )
himself, and all others similarly )
situated, and the general public, all others )
similarly situated, and the general public, )
)
                Plaintiffs, )
)
vs. )
)
ANNING-JOHNSON COMPANY, a )
Delaware corporation; and DOES 1 to 10, )
inclusive, )
)
                Defendants. )
)

The Court, having reviewed the Stipulation of the Parties, and good cause appearing, hereby enters the Stipulated Protective Order.

IT IS SO ORDERED.

DATED: _April 7_, 2015

_____
Charles F. Eick
Magistrate Judge